**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ronald Eugene RICE, Defendant— Appellant.**

**No. 09–6296.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 3, 2009.

Decided: June 17, 2009.

Ronald Eugene Rice, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Eugene Rice appeals the district court's order denying his motions for reconsideration of an order finding him ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Rice,* No. 7:90–cr–00310–GRA–9, 2009 WL 51321 (D.S.C. Jan. 8, 2009). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*